# CASE ANNOUNCEMENTS
*September 15, 2008*

[Cite as *09/15/2008 Case Announcements,* 2008-Ohio-4613.]

## DISCIPLINARY CASES

2005–1531. **Disciplinary Counsel v. Quatman.**
This cause came on for further consideration upon the filing on July 14, 2008, by relator, Disciplinary Counsel, of a motion to lift stayed suspension and impose a one-year actual suspension from the practice of law. Respondent filed a memo in opposition to the motion. Upon consideration thereof,

It is ordered by the court that the motion is denied.

MOYER, C.J., and O'CONNOR, J., dissent and would grant the motion.

CUPP, J., not participating.

## CASE ANNOUNCEMENTS

*September 15, 2008*

[Cite as *09/15/2008 Case Announcements #2,* 2008-Ohio-4656.]

## MOTION AND PROCEDURAL RULINGS